# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**BENJAMIN PIEPER,**

    **Plaintiff,**

vs.                                          Case No.: 8:23-CV-00646-T-23AEP

**CITY OF BRADENTON,**

    **Defendant.**

_____/

## **DECLARATION OF PAUL DRISCOLL**

I, Paul Driscoll, verify the following information under 28 U.S.C. § 1746, and under the penalty of perjury:

1. The facts set forth in this declaration are true and correct. Unless otherwise indicated, the facts set forth below are based on my personal knowledge.

2. My name is Paul Driscoll, and I am over eighteen (18) years of age. I am employed as the Administrative Services Assistant Director and Legal Advisor to the City of Bradenton Police Department.

3. I have authority to certify that the Exhibit A attached to this declaration are true and correct copies of original records maintained by the City of Bradenton, are kept in the course of regularly conducted business activity of the City of Bradenton, and were maintained as a regular practice of

the City of Bradenton. Exhibit A includes an email (Bates No. 001703) with two attachments, an anonymous letter (Bates No. 001704-1706) and a letter from the FDLE (Bates No. 001707).

Dated this 4th day of September, 2024

_____
Paul Driscoll