UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BENJAMIN PIEPER,

    Plaintiff,   Case No.: 8:23-cv-00646-SDM-AEP

v.

CITY OF BRADENTON,

    Defendant.
_____/

**EXHIBIT E: PLAINTIFF'S REVISED WITNESS LIST FOR TRIAL**

Plaintiff, Benjamin Pieper, hereby files this Witness List for Trial attached to the Pretrial Stipulation as Exhibit E:

| PARTY CALLING WITNESS | WITNESS IDENTIFICATION (Plaintiff expects to call the following witnesses at trial) | OBJECTIONS |
|---|---|---|
| Plaintiff | Benjamin Pieper | |
| Plaintiff | Michelle Pieper | |
| Plaintiff | Melanie Bevan | |
| Plaintiff | Christopher Deshaies | |
| Plaintiff | Paul Driscoll | |
| Plaintiff | Brian Gregory | |
| Plaintiff | Gregory Holder | |
| Plaintiff | Rodney Jones | |
| **PARTY CALLING WITNESS** | **WITNESS IDENTIFICATION (Plaintiff may call the following witnesses at trial)** | **OBJECTIONS** |

EXHIBIT E

| | | |
|---|---|---|
| Plaintiff | Rusty Ackerman | |
| Plaintiff | Steven Bembry | |
| Plaintiff | Gene Brown | |
| Plaintiff | Chris Capdarest | |
| Plaintiff | Frank Coleman | |
| Plaintiff | Jim Curulla | |
| Plaintiff | Alex Emrich | |
| Plaintiff | Jeremy Giddens | |
| Plaintiff | Shawn Gow | |
| Plaintiff | Mark Hashem | |
| Plaintiff | Ross Johnson | |
| Plaintiff | Hannah Kalchbrenner | |
| Plaintiff | Steven Kalchbrenner | |
| Plaintiff | Brenden Kelles | |
| Plaintiff | Joseph Kelly | |
| Plaintiff | William Knight | |
| Plaintiff | Brenda Lovett | |
| Plaintiff | Patrick Mahoney | |
| Plaintiff | Lionel Marines | |
| Plaintiff | Michael "Mick" McHale | |
| Plaintiff | Paul McWade | |
| Plaintiff | Matt Palmer | |
| Plaintiff | Andy Perez | |

| Plaintiff | Greg Prior | |
|---|---|---|
| Plaintiff | Catherin Pointer | |
| Plaintiff | Mark Roberts | |
| Plaintiff | Shannon Seymour | |
| Plaintiff | Dennis Stahley | |
| Plaintiff | Nilsa Taylor | |
| Plaintiff | Mike Terracciano | |
| Plaintiff | Brian Thiers | |
| Plaintiff | Cory Waiters | |
| Plaintiff | Phillip Waller | |
| Plaintiff | Joseph Weisman | |
| Plaintiff | Dr. Matthews | |
| Plaintiff | Records Custodian for Defendant | |

DATED this 10th day of December, 2024.

/s/ Tiffany R. Cruz
Tiffany R. Cruz
Florida Bar No.: 090986
Tiffany@tiffanycruzlaw.com
Kevin Kostelnik
Florida Bar No.: 0118763
Kevin@tiffanycruzlaw.com
Kera@tiffanycruzlaw.com
Parker@tiffanycruzlaw.com

**Cruz Law Firm, P.A.**
325 N. Calhoun St.
Tallahassee, FL 32301
Telephone: 850-701-8838

3

/s/*Michelle A. Grantham*
Michelle A. Grantham
Florida Bar No.: 1010509
mgrantham@najmythompson.com
lweaver@najmythompson.com

**NAJMY THOMPSON, P.L.**
1401 8th Avenue West
Bradenton, FL 34205
Telephone: (941) 748-2216
Facsimile: (941) 748-2218

*ATTORNEYS FOR PLAINTIFF*