UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**BENJAMIN PIEPER,**

    **Plaintiff,**

v.                                            Case No.: 8:23-cv-00646-SDM-AEP

**CITY OF BRADENTON,**

    **Defendant.**

_____/

**JOINT MOTION FOR SETTLEMENT CONFERENCE
WITH MAGISTRATE JUDGE**

Plaintiff BENJAMIN PIEPER, and Defendant CITY OF BRADENTON, collectively the "Parties," by and through undersigned counsel, respectfully request that the Court refer this case for a settlement conference before Magistrate Judge Anthony Porcelli ("Judge Porcelli") and state the following:

1. On May 19, 2023, Plaintiff filed a two-count Amended Complaint against Defendant, alleging claims for (1) retaliation for engaging in First Amendment-protected speech pursuant to 42 U.S.C. § 1983, and (2) retaliation for engaging in protected activity pursuant to the Florida public-sector Whistle-blower Act, Fla. Stat. § 112.3187. (Dkt. No. 14). Defendant filed its Answer and Defenses on November 1, 2023. (Dkt. No. 31).

2. The Parties completed discovery in the case on September 4, 2024. (Dkt. No. 56).

1

3.  Defendant filed its Motion for Summary Judgment on September 4, 2024 (Dkt. No. 57). The motion has been fully briefed by the Parties and remains pending.

4.  This case is scheduled for trial on the February 2025 trial calendar. (Dkt. No. 83).

5.  The Parties attended the Pretrial Conference for the case on January 9, 2025. (Dkt. No. 81). At the Pretrial Conference, the Parties discussed with Judge Porcelli the possibility of a settlement conference. (Id.) Judge Porcelli offered to hold a settlement conference for the Parties.

6.  The Parties agreed in the Case Management Report that "[a]t any point during the pendency of this litigation, the [p]arties may request a settlement conference before a United States Magistrate Judge by filing a motion with the Court." (Dkt. No. 20 at 14).

7.  The Parties respectfully submit that granting their request to refer this case for a settlement conference before Judge Porcelli could serve to facilitate settlement discussions between the Parties. The Parties additionally submit that conducting that settlement conference bears the potential to resolve this case without the unnecessary expenditure of further resources by the Court or the Parties.

## MEMORANDUM OF LAW

Local Rule 9.03 provides that the Court may enter orders referring certain cases to mediation and settlement conferences. Based upon the foregoing, the Parties respectfully suggest that it would be beneficial in this case to schedule such a conference before Judge Porcelli and would serve the purpose behind Court Annexed Mediation, which is "to provide an alternative mechanism for the resolution of civil disputes . . . leading to disposition before trial of many civil cases with resultant savings in time and costs to the litigants and to the Court." Local Rule 9.01(b).

## CERTIFICATE OF GOOD FAITH

Pursuant to Local Rule 3.01(g), the undersigned hereby certify that this is a Joint Motion and both Parties are requesting the relief requested herein.

## CONCLUSION

Based upon the foregoing, the Parties respectfully request that the Court enter an order referring this case for a settlement conference before Judge Porcelli.

Dated this 21st day of January, 2025.

## CONCLUSION

WHEREFORE, the Parties respectfully request that the Court schedule this case for a settlement conference with Judge Porcelli prior to trial.

Dated: January 21, 2025

<table>
<tr><td>

**s/ Tiffany R. Cruz**
TIFFANY R. CRUZ
Florida Bar No.: 090986
KEVIN C. KOSTELNIK
Florida Bar No.: 0118763
Tiffany@tiffanycruzlaw.com
Kevin@tiffanycruzlaw.com
Kera@tiffanycruzlaw.com
Parker@tiffanycruzlaw.com
**CRUZ LAW FIRM, P.A.**
411 N. Calhoun Street
Tallahassee, FL    32301
Telephone: (850) 701-8838

MICHELLE A. GRANTHAM
Florida Bar No.: 1010509
NAJMY THOMPSON, P.L.
1401 8th Avenue West
Bradenton, FL 34205
Telephone: (941) 748-2216
Facsimile: (941) 748-2218
MGrantham@najmythompson.com
lweaver@najmythompson.com
ATTORNEYS FOR PLAINTIFF

</td><td>

*s/Sacha Dyson*
GREGORY A. HEARING
Florida Bar No. 817790
ghearing@bgrhlaw.com
SACHA DYSON
Florida Bar No. 509191
sdyson@bgrhlaw.com
FRANK E. BROWN
Florida Bar No.: 734969
fbrown@bgrhlaw.com
BUSH GRAZIANO RICE &
HEARING, P.A.
100 South Ashley Drive
Suite 1400
Tampa, Florida 33602
Tel: (813) 228-7000
Fax: (813) 273-0091

ATTORNEYS FOR
DEFENDANT

</td></tr>
</table>